Case 2:13-cv-00076-LRS    Document 6    Filed 03/21/13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| TRACY A. JENSON, | |
|---|---|
| Plaintiff, | NO.  CV-13-0076-LRS |
| vs. | ORDER DISMISSING COMPLAINT AND IMPOSITION OF SANCTIONS |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

BEFORE THE COURT is Plaintiff's request to file a pro se complaint in forma pauperis . Plaintiff was assigned a new case number based on his recent filing, however, upon further review the Court finds that Plaintiff is seeking to reconsider his prior dismissed case, CV-12-0621-TOR (which the Court construed as seeking "Clarification of Complaint and Request for Reconsideration" of Plaintiff's previously dismissed case CV-12-0489-TOR).  The Court notes that Plaintiff was warned that the filing of further frivolous actions will result in the imposition of more serious sanctions than dismissal.  The Court finds that sanctions, in the form of restricted access to this Court, are now appropriate, as Plaintiff's latest complaint continues to lack a cognizable legal theory, i.e., short plain statements showing the court's jurisdiction and the grounds for relief.  *See* Fed. Rule Civ.

ORDER – 1

Pro. 8(a).

The record in this case reveals that Plaintiff has previously been given numerous opportunities to amend his pleadings in this case and others to bring it in compliance with federal law and the local rules. Plaintiff is abusing the process after being warned not to file any further frivolous actions (CV-12-0621-TOR, ECF NO. 8).[1]  Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. The Clerk of the Court shall not accept for filing any complaint by Plaintiff Jenson naming the Federal Aviation Administration and/or National Air Traffic Controller's Association unless and until Plaintiff Jenson first files with the Clerk an application for leave, bearing the caption "Application Seeking Leave to File."  The application for leave shall include a copy of this Order to the Clerk of the Court.  Any such complaint shall not be filed without prior written authorization from a United States District Judge or a United States Magistrate Judge.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to plaintiff, enter judgment consistent with this order, and **CLOSE FILE**.

**DATED** this 21st day of March, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed 7 substantially similar lawsuits: CV-09-0336-LRS, CV-10-0069-RMP, CV-10-0201-RMP, CV-10-0234-CI, CV-12-0489-TOR, CV-12-0621-TOR, and CV-13-0076-LRS.

ORDER - 2