AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TRACY A. JENSON,

                            Plaintiff,

                            v.

FEDERAL AVIATION ADMINISTRATION,

                            Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-0076-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Complaint is dismissed with prejudice; the Clerk of Court shall not accept for filing any Complaint by Plaintiff Jenson naming the Federal Aviation Administration and/or National Air Traffic Controller's Association unless and until Plaintiff Jenson first files with the Clerk an application for leave to file, bearing the caption "Application for Leave To File." Any such Complaint shall not be filed without prior written authorization from a United States District Judge or a United States Magistrate Judge.

March 21, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson